IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| AWILDA MÉNDEZ-QUIÑONES,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | CIVIL NO. 25-1315 (GLS) |

**ORDER**

Plaintiff Awilda Méndez-Quiñones filed a Complaint seeking review of a final decision of the Commissioner of Social Security ("Commissioner") which denied her application for disability insurance benefits. Docket No. 1.

On August 11, 2025, the Commissioner filed the transcript of the administrative record. Docket No. 9. Plaintiff filed her Memorandum of Law on October 31, 2025. Docket No. 14. On November 28, 2025, the parties jointly requested that the Court remand the case to the Social Security Administration for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Docket No. 16.

The parties' joint motion is **GRANTED**. Judgment shall be entered remanding the case to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 1st day of December 2025.

                                          s/Giselle López-Soler
                                        GISELLE LÓPEZ-SOLER
                                        United States Magistrate Judge